THOMAS F. PITARO, ESQ.  
Nevada Bar No. 1332  
LAW OFFICES OF THOMAS F. PITARO  
330 S. Third Street No.860  
Las Vegas, Nevada 89101  
Telephone: (702) 382-9221  
Fax: (702) 382-9961  
Email: thomaspitaro@yahoo.com  

and  

HAROLD P. GEWERTER, ESQ.  
Nevada Bar No. 499  
HAROLD P. GEWERTER, ESQ., LTD.  
2705 Airport Drive  
North Las Vegas, Nevada 89032  
Telephone: 702) 382-1714  
Fax: (702) 382-1759  
Email: harold@gewerterlaw.com  

Attorneys for Defendants/  
Counterdefendant/Third-Party Plaintiffs  
LARRY J. SIGGELKOW and  
HAROLD P. GEWERTER  

E- filed: May 13, 2011

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

KENNETH EUGENE LEHRER,

    Plaintiff,

vs.

TIM CONNELLY, LARRY J. SIGGELKOW, HAROLD P. GEWERTER, and JASON G. LANDESS,

    Defendants.

CASE NO.: 2:11-CV-00735-KJD-RJJ

**SUBSTITUTION OF ATTORNEY**

1

| | |
|---|---|
| 1 | LARRY J. SIGGELKOW and HAROLD P. GEWERTER, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | KENNETH EUGENE LEHRER, |
| 6 | |
| 7 | Counterdefendant, |
| 8 | LARRY J. SIGGELKOW and HAROLD P. GEWERTER, |
| 9 | |
| 10 | Third-Party Plaintiffs, |
| 11 | vs. |
| 12 | JASON L. FRAZER and WILLIAM C. FEREBEE, |
| 13 | |
| 14 | Third-Party Defendants. |

### SUBSTITUTION OF ATTORNEY

Defendant, LARRY J. SIGGELKOW, hereby consents to the substitution of THOMAS F. PITARO, ESQ., of the LAW OFFICES OF THOMAS F. PITARO, 330 S. Third Street, Suite 860, Las Vegas, Nevada 89101 and HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., 2705 Airport Drive, North Las Vegas, Nevada 89032, in the place and stead of RONALD E. HOLUB, ESQ., of RONALD E. HOLUB, P.C.

DATED this __13__ day of May, 2011.

_____
LARRY J. SIGGELKOW

///
///
///
///

Defendant, HAROLD P. GEWERTER, hereby consents to the substitution of THOMAS F. PITARO, ESQ., of the LAW OFFICES OF THOMAS F. PITARO, 330 S. Third Street, Suite 860, Las Vegas, Nevada 89101 and HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., 2705 Airport Drive, North Las Vegas, Nevada 89032, in the place and stead of RONALD E. HOLUB, ESQ., of RONALD E. HOLUB, P.C.

DATED this 13 day of May, 2011.

_____
HAROLD P. GEWERTER

I, RONALD E. HOLUB, ESQ., of RONALD E. HOLUB, P.C., hereby consent to the substitution of THOMAS F. PITARO, ESQ., of the LAW OFFICES OF THOMAS F. PITARO, ESQ., 330 S. Third Street, Suite 860, Las Vegas, Nevada 89101 and HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., 2705 Airport Drive, North Las Vegas, Nevada 89032, as the attorneys of record for the Defendants LARRY J. SIGGELKOW and HAROLD P. GEWERTER.

DATED this 13th day of May, 2011.

RONALD E. HOLUB, P.C.

_____
RONALD E. HOLUB, ESQ.
4144 N. Central Parkway, # 600
Dallas, Texas 75204

///
///
///
///
///
///

3

1   I, THOMAS F. PITARO, ESQ., of THE LAW OFFICES OF THOMAS F. PITARO,
2   hereby consent to be substituted in the place and stead of RONALD E. HOLUB, ESQ., of
3   RONALD E. HOLUB, P.C., as attorney of record for Defendants LARRY J. SIGGELKOW and
4   HAROLD P. GEWERTER in the above captioned action.
5   I am duly admitted to practice in this District.
6   Above substitution accepted.
7       DATED this 13th day of May, 2011.

LAW OFFICES OF THOMAS F. PITARO

/s/  Thomas F. Pitaro, Esq.
THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
330 S. Third Street, Suite 860
Las Vegas, Nevada 89101

Please check one: ___X___ RETAINED, or _____ APPOINTED BY THE COURT

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

I, HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., hereby consent to be substituted in the place and stead of RONALD E. HOLUB, ESQ., of RONALD E. HOLUB, P.C., as attorney of record for Defendants LARRY J. SIGGELKOW and HAROLD P. GEWERTER in the above captioned action.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 13 day of May, 2011.

                                     HAROLD P. GEWERTER, ESQ., LTD.

                                     HAROLD P. GEWERTER, ESQ.
                                     Nevada Bar No. 499
                                     2705 Airport Drive
                                     North Las Vegas, Nevada 89032

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED

DATED: May 18, 2011

                                     United States Magistrate Judge