# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH EUGENE LEHRER,

    Plaintiff,

v.

TIM CONNELLY, *et al.*,

    Defendants.

And Related Counterclaims and Third-Party Claims

Case No. 2:11-cv-00735-LDG (CWH)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Counterdefendant Kenneth Eugene Lehrer's Motion to Dismiss and Alternative Motion for More Definite Statement (#46) is DENIED as moot.

    THE COURT FURTHER **ORDERS** that Counterdefendant Kenneth Eugene Lehrer's Motion to Dismiss Jason Landess' and Tim Connelly's Counterclaim (#56) is DENIED as moot.

THE COURT FURTHER **ORDERS** that Third-Party Defendants Jason L. Frazer and O'Donnell, Ferebee, Medley & Keiser, P.C.'s Motion to Dismiss (# 65) under F.R.C.P. 12(b)(2) and (6) is DENIED as moot.

DATED this 23 day of March, 2012.

_____
Lloyd D. George
United States District Judge

2